UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORETTA CARVALHO,

    Plaintiff,

v.                                                     CASE NO.  8:14-CV-581-T-17AEP

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 13    Report and Recommendation

Plaintiff Loretta Carvalho seeks judicial review of the denial of Plaintiff's claim for a period of disability and disability insurance benefits. The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the Commissioner's decision be affirmed. The assigned Magistrate Judge found that the ALJ considered the findings and opinions of Plaintiff Carvalho's treating physicians, and the ALJ explained his reasons for rejecting each of the opinions. The assigned Magistrate Judge concluded that the ALJ applied the appropriate legal standards, and substantial evidence supported the decision of the ALJ.

The Court has independently examined the pleadings and the record. No objections to the Report and Recommendation have been filed.   After consideration, the Court adopts and incorporates the Report and Recommendation.  Accordingly, it is

Case No. 8:14-CV-581-T-17AEP

**ORDERED** that the Report and Recommendation (Dkt. 13) is **adopted and incorporated**. The final decision of the ALJ denying Plaintiff Carvalho's claim for a period of disability and disability insurance benefits is **affirmed**. The Clerk of Court shall enter a final judgment in favor of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 3rd day of February, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record